Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Ave, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Brian Attard, Esq. (SBN: 332982)
brian@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (800) 520-5523

[Additional Counsel for Plaintiff on Signature Page]

*Attorneys for Plaintiff*
Mehar Ahmed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHAR AHMED, individually and on behalf of others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>Defendant. | Case No. 8:20-CV-00453-JLS-KES<br><br>**JOINT NOTICE OF SETTLEMENT OF THE ENTIRE CASE** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with

1  prejudice within 45 days due to the parties agreed upon terms. Plaintiff requests that
2  all pending dates and filing requirements be vacated and that the court set a deadline
3  on or after May 27, 2021 for filing a Request for Dismissal.

4  Date: April 12, 2021                               **KAZEROUNI LAW GROUP, APC**

6                                         By:  *s/Brian Attard*
                                              Brian Attard, Esq.
7                                                *Attorneys for Plaintiff*
8                                                Mehar Ahmed

10                                                SIMMONDS & NARITA LLP
                                              TOMIO B. NARITA
11                                                JEFFREY A. TOPOR
12                                                LEANNE C. YU

13  Date: April 12, 2021                                By: *s/ Jeffrey A. Topor*
14                                                Jeffrey A. Topor, Esq.
                                              Attorneys for Defendant
15                                                Comenity Bank

16
17  **Additional Counsel for Plaintiff**
William "Billy" Peerce Howard, Esq.
18  billy@theconsumerprotectionfirm.com
**THE CONSUMER PROTECTION FIRM, PLLC**
19  401 East Jackson Street, Suite 2340
20  Tampa, FL 33602
Telephone: (813) 500-1500
21  Facsimile: (813) 435-2369

22
John W. Barret, Esq.
23  jbarrett@baileyglasser.com
24  **BAILEY & GLASSER LLP**
209 Capitol Street
25  Charleston, WV 25301
26  Telephone: (304) 345-6555

27
28

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for the Defendant, and that I have obtained their authorization to affix their electronic signatures to this document.

Date: April 12, 2021                    **KAZEROUNI LAW GROUP, APC**

                                        By: *s/ Brian Attard*
                                            Brian Attard, Esq.
                                            *Attorneys for Plaintiff*