**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEHAR AHMED, individually and on behalf of others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>Defendant. | Case No. 8:20-cv-00453-JLS-KES<br><br>**ORDER DISMISSING ACTION PURSUANT TO FRCP 41** |

Based upon the Joint Stipulation to Dismiss Action Pursuant to FRCP 41 by Plaintiff, and good cause appearing, this Court hereby orders the above-captioned case Dismissed with prejudice as to the named Plaintiff and without prejudice as to the proposed class. The Action shall be terminated.

**IT IS SO ORDERED.**

Dated: May 07, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1